IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| STEVEN DENNIS RYAN, | : |
| Plaintiff | : |
| v. | : CASE NO. 7:02-CV-30 (HL) |
| Warden VICTOR WALKER, et al, | : |
| Defendants | : |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 83) filed July 21, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Report and Recommendation were filed by the petitioner within the allotted time.

**SO ORDERED,** this the 6th day of September, 2005.

> **s/ Hugh Lawson**
> **HUGH LAWSON, Judge**
> **United States District Court**